AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ALLEN MEJIA-PORTILLO**
a/k/a Cesar Medina-Fuentes; a/k/a Allen Jlomar Medina-Fuentes

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **OCTOBER 17, 2006** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

having been previously deported, knowingly and unlawfully reentered the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security.

in violation of Title **8** United States Code, Section(s) **1326(a)**.

I further state that I am **OFFICER FRANCISCO MADRIGAL**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes    ☐ No

Signature of Complainant
**OFFICER FRANCISCO MADRIGAL**
**U.S. Department of Homeland Security**
**U.S. Immigration and Customs Enforcement**

Sworn to before me and subscribed in my presence,

_____     at     **Washington, D.C.**
Date                                          City and State

_____           _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I am a Deportation Officer for the United States Immigration and Customs Enforcement ("ICE"), previously known as the Immigration and Naturalization Service ("INS"). I have been employed by the INS and ICE since 2001, and I am currently assigned to the ICE Detention and Removal Operations, Washington, D.C. Field Office.

Allen Mejia Portillo aka Adam Perdomo aka Cesar Medina-Fuentes aka Allen Jiomar Medina Fuentes is a native and citizen of Honduras. On March 26, 1998, Mejia-Portillo was removed from the U.S. by ICE based on his illegal immigration status and existing criminal record. After that removal, the defendant returned to the United States on December 25, 1998 near Sarita, Texas. On February 23, 1999, the defendant pled guilty to illegal re-entry into the U.S. after Deportation in the United States District Court for the Southern District of Texas. On May 21, 1999, the defendant was sentenced to 57 months incarceration plus 3 years of supervised release. As a special condition, the sentencing court ordered Mejia-Portillo to not enter the U.S. illegally if he was deported. On February 5, 2004, Mejia was removed to Honduras as an aggravated felon with a lifetime bar to re-entering the U.S. without the approval of the Attorney General or the Secretary of Homeland Security.

On October 17, 2006, he was arrested by Metropolitan Police Department for Possession of Cocaine in Washington, DC. Fingerprints taken as a result of this arrest were submitted into the Automated Fingerprint Identification System ("AFIS") and the results indicated that Mejia-Portillo

was the same person who was deported from the U.S. on 3/26/98 and 2/5/04.  ICE was notified that Mejia was in custody and a detainer was lodged.

    I have reviewed electronic files maintained by ICE and there is no documentation indicating that he has ever applied for permission to re-enter the United States following his removal to Honduras on February 5, 2004.  I know from my experience with ICE that if such an application had been made, it would be reflected in his ICE file, and it was not in his file.  Furthermore, based on my comparison of a booking photograph from Mejia-Portillo 10/17/06, possession of cocaine arrest by MPD with existing photographs in the ICE electronic records, coupled with the AFIS fingerprint match results, I am certain they are the same individual.

_____
OFFICER FRANCISCO MADRIGAL
U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF MAY, 2007.

_____
U.S. MAGISTRATE JUDGE