AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

ALLEN MEJIA-PORTILLO
a/k/a Cesar Medina-Fuentes; a/k/a Allen Jlomar Medina-Fuentes

**WARRANT FOR ARREST**

FILED
MAY 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 07-182-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Allen Mejia-Portillo___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

having been previously deported, knowingly and unlawfully reentered the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security.

in violation of Title ___8___ United States Code, Section(s) ___1326(a)___.

ALAN KAY
Name of Issuing Officer
U.S. MAGISTRATE JUDGE

ALAN KAY
Title of Issuing Officer
U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Date MAY 0 1 2007   District of Columbia

Bail fixed at $ _____ by _____
                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Francisco Madrigal Deportation Officer #677 | Francisco Madrigal |
| DATE OF ARREST 05/01/2007 | | |